EPAMINONDAS K. PAPAIOANNU et al., Respondents, v. STEPHAN PAN BRITZ, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT TURPIN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

In the Matter of the Arbitration between FREEZER-ABELES SHIRT CORP., Appellant, and WEIL & SCHOENFELD FABRICS, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

In the Matter of the Arbitration between WEIL & SCHOENFELD FABRICS, INC., Respondent, and FREEZER-ABELES SHIRT CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

SAM VARAT, Respondent, v. VAN SAN, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, with leave to the defendant to answer within ten days after service of a copy of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

JULIUS SEGALL, Appellant, v. SAM MOSKOWITZ, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. JOHN P. O'DONNELL, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR FUSCO, Appellant.— Judgment unanimously reversed, the fine remitted and the information dismissed upon the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.